**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **NELSON JEFTE BARAHONA AMAYA.,** *et al.* ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Civil Action No. 1:13-cv-01156-RBW |
| ) | |
| **SCAFFOLD RESOURCE, LLC.,** *et al.* ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties in the above-captioned matter, Defendants Scaffold Resource, LLC, National Industries, Inc., and Five Star Builders Corporation and Plaintiffs Nelson Jefte Barahona Amaya, Herson Barahona Amaya, Jacob Orlando Rivera, Rafael Ruven Rivera, and Jose Fuentes, by and through their undersigned counsel hereby file this Joint Stipulation of Dismissal with Prejudice, pursuant to Fed.R.Civ.P. 41(a). The parties have agreed to this Joint Stipulation of Dismissal with Prejudice and respectfully request that this Court issue an Order dismissing Plaintiffs' Complaint with prejudice.

Dated: December 3, 2013

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| /s/ . | /s/* . |
| Gregg Greenberg, Bar No. MD 17291 | Edward Lee Isler, Bar No. 417076 |
| The Zipin Law Firm, LLC | Mark E. Papadopoulos, Bar No. 469225 |
| 836 Bonifant Street | Isler Dare, P.C. |
| Silver Spring, Maryland 20910 | 1945 Old Gallows Road, Suite 650 |
| (301) 587-9373 | Vienna, Virginia 22182 |
| (301) 587-9397 (fax) | (703) 748-2690 |
| ggreenberg@zipinlaw.com | (703) 748-2695 (fax) |
| Counsel for Plaintiffs | eisler@islerdare.com |
| | mpapadopoulos@islerdare.com |
| | Counsel for Scaffold Resource, LLC |

*Signed by Gregg Greenberg with permission from Mark E. Papadopoulos